IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ERIC DeJUAN JONES

VS.                                    CIVIL ACTION NO. 2:16cv126-KS-MTP

STATE OF MISSISSIPPI, ET AL

ORDER ADOPTING REPORT AND RECOMMENDATION

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on August 23, 2016, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and Plaintiff's Motions [2][4] for Leave to Proceed *in Forma Pauperis* be and the same are hereby denied. Plaintiff is granted ninety (90) days from the date of Report and Recommendation to pay the filing fees and all costs associated with the filing of this lawsuit, making all fees due and payable on or before November 21, 2016.

SO ORDERED, this the 20th day of October, 2016.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE